NUMBER 13-01-793-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

THE BOYS AND GIRLS CLUB OF EDINBURG, INC.,         Appellant,

 

                                                   v.

 

JANE
DOE, INDIVIDUALLY AND AS NEXT

FRIEND OF A. DOE AND B. DOE, MINORS,                               Appellee.

____________________________________________________________________

 

                         On appeal from the 92nd District Court

                                  of Hidalgo
County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                      Before Justices
Hinojosa, Yañez, and Castillo

Opinion
Per Curiam

 








Appellant, THE
BOYS AND GIRLS CLUB OF EDINBURG, INC., perfected an appeal from a judgment
entered by the 92nd District Court of Hidalgo
County, Texas, in cause number C-981-00-A.  After the notice of appeal was filed and the
parties filed their respective briefs, the parties filed a joint motion to
dismiss the appeal.  In the motion, appellant
and appellee state that a settlement agreement has been reached in the
underlying case, and that upon the trial court=s approval of same, a final judgment will be
signed.  The parties request that this
Court dismiss the appeal.

The Court, having
considered the documents on file and the parties= joint 
motion to dismiss the appeal, is of the opinion that the motion should
be granted.  The joint motion to dismiss
is granted, and the appeal is hereby DISMISSED.

 

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed this

the 3rd day of July, 2002.